# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH EVANS MOTT, <br> STEVEN M. ACOSTA, <br> CHRISTOPHER MOTT, <br> JOHN S. MACIOROWSKI, and <br> ADDY ROAD, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE MILLER, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 23-1038 <br> : <br> : <br> : <br> : <br> : |

## CORRECTED* NOTICE OF APPEAL

**TO:** Clerk of the Court
United States District Court
For the District of Delaware
Federal Building
844 King Street
Wilmington, Delaware 19801

**PLEASE TAKE NOTICE** that Plaintiffs Deborah Evans Mott, Steven M. Acosta, Christopher Mott, and John S. Maciorowski, by and through their attorneys, John S. Malik and Randy M. Mott, hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment of the

---

\*   The Corrected Notice of Appeal removes Addy Road, LLC as a party Appellant to this appeal.

United States District Court for the District of Delaware dated December 6, 2024.

                      Respectfully submitted,

                      /s/ John S. Malik
                      JOHN S. MALIK
                      100 East 14th Street
                      Wilmington, Delaware 19801
                      (302) 427-2247

                      /s/ Randy M. Mott
                      RANDY M. MOTT
                      1629 K STREET, N.W., Suite 300
                      Washington, D.C. 20006
                      (703) 258-4097

                      Attorneys for Plaintiffs

Dated:  December 26, 2024

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH EVANS MOTT, STEVEN M. ACOSTA, CHRISTOPHER MOTT, and JOHN S. MACIOROWSKI, : : : : : Plaintiffs, : : v. : C.A. No. 23-1038 : GEORGE MILLER, : : Defendant. : | |

## CERTIFICATE OF SERVICE

I, John S. Malik, do hereby certify that on this 26th day of December, A.D., 2024, I have had Plaintiffs'/Appellants' Corrected Notice of Appeal electronically served upon all counsel of record via the District Court's CM/ECF electronic filing system.

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247

/s/ Randy M. Mott
RANDY M. MOTT
1629 K STREET, N.W., Suite 300
Washington, D.C. 20006
(703) 258-4097

Attorneys for Plaintiffs